AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**William Bierbrodt** | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00180
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/24/2023
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Bierbrodt

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
18 U.S.C. § 1361 - Willfully injure or depredate any property of the United State,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

2023.07.24
12:13:39 -04'00'

Date:        07/24/2023

Issuing officer's signature

City and state:        Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 7/24/23 , and the person was arrested on *(date)* 7/26/23<br>at *(city and state)* St. Cloud, FLORIDA . |
| Date:   7/26/23 |

Arresting officer's signature

TFO Jesuel Cortes
Printed name and title